UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-22733

ENABLE CREATIVE LLC d/b/a WE FLY
AERIAL MEDIA,

    Plaintiff

v.

JOIA BEACH LLC D/B/A
JOIA BEACH RESTAURANT & BEACH
CLUB and LIQUID HOSPITALITY LLC,

    Defendants.

---

## DEFENDANT JOIA BEACH LLC'S NOTICE OF SERVICE OF ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST INTERROGATORIES

Defendant, Joia Beach LLC d/b/a Joia Beach Restaurant & Beach Club ("Defendant"), by and through their undersigned attorneys and pursuant to the Federal Rules of Civil Procedure, hereby gives notice of the service of its answers and objections to the 11 interrogatories served November 30, 2021.

Dated: December 30, 2021

**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 982-4085
Facsimile: (305) 714-4340

By: _s/ James D. Gassenheimer_
James D. Gassenheimer, Esq.
Florida Bar No. 959987
jgassenheimer@bergersingerman.com
mramos@bergersingerman.com
DRT@bergersingerman.com
Christina M. Perry, Esq.
Florida Bar No. 1003098
cperry@bergersingerman.com

11060687-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF System upon all parties registered to receive electronic notice on this 29th day of December, 2021.

/s/ *James D. Gassenheimer*
James D. Gassenheimer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-22733

ENABLE CREATIVE LLC d/b/a WE FLY
AERIAL MEDIA,

    Plaintiff

v.

JOIA BEACH LLC D/B/A
JOIA BEACH RESTAURANT & BEACH
CLUB and LIQUID HOSPITALITY LLC,

    Defendants.

_____

### DEFENDANT JOIA BEACH LLC'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST INTERROGATORIES

Defendant, Joia Beach LLC d/b/a Joia Beach Restaurant & Beach Club ("Defendant"), by and through their undersigned attorneys and pursuant to the Federal Rules of Civil Procedure, responds to the 11 interrogatories served November 30, 2021 as follows:

### RESPONSES TO INTERROGATORIES

Interrogatory No. 1
Provide the name, address, telephone number, place of employment, and job title of any person who has, claims to have, or whom You believe may have knowledge or information pertaining to any fact alleged in the Complaint or any fact underlying the subject matter of this action.

    **Response**: Mio Danilovic, c/o Berger Singerman, 1450 Brickell Ave, Suite 1900, Miami, FL 33131.

Interrogatory No. 2
State the specific nature and substance of the knowledge that You believe the person(s) identified in Your response to Interrogatory No. 1 may have.

11060687-1

**Response**: Mr. Danilovic did not post the material that are the subject of this lawsuit. Mr. Danalovic was told by Emma Batchelder, that she posted the picture with he photographer's consent.

Interrogatory No. 3
Provide costs incurred by Joia Beach for all advertising and marketing materials featuring the Photograph, including without limitation the Infringing Advertisements.

**Response**: None.

Interrogatory No. 4
Identify the Joia Beach employee(s) responsible for advertising and marketing campaigns, including, but not limited to, Joia Beach Restaurant & Beach Club's social media accounts and website.

**Response**: Emma Batchelder.

Interrogatory No. 5
Identify the Joia Beach employee(s) responsible for the clearance of the Photograph in Joia Beach Restaurant & Beach Club's advertising and marketing, including any intermediate and final approvals.

**Response**: None

Interrogatory No. 6
Describe in detail how Joia Beach developed and/or created the advertising and marketing materials alleged to be infringing in the Complaint, including but not limited to the Infringing Advertisements.

**Response**: It did not.

Interrogatory No. 7
Describe all steps taken by Joia Beach when You received notice of the allegation of infringement at issue in this action to investigate or remedy the alleged infringement, including without limitation identifying any and all person(s) that You contacted as part of Your investigation.

**Response**: It had no involvement.

Interrogatory No. 8
Describe all instances in which Joia Beach has been accused of copyright infringement, either through a written cease-and-desist letter, or the filing of a civil action, in the last five (5) years, including without limitation the number of times Joia Beach has been so accused, the date of the notice received by Joia Beach of alleged infringement, the disposition of the allegations, and by identifying the person(s) making the allegations.

    **Response**:    Never.

Interrogatory No. 9
Provide the name of each person whom You may use as an expert witness at trial.

    **Response**:    Objection, work product.

Interrogatory No. 10
State in detail the substance of the opinions to be provided by each person whom You may use as an expert witness at trial.

    **Response**:    Objection, work product.

Interrogatory No. 11
Identify the entities that owned, controlled, and/or operated the Joia Beach Restaurant & Beach Club from February 2020 through August 2020.

    **Response**: Upon information and belief the restaurant was owned by ESJ Operations, LLC and operated on land leased from Miami-Dade County by ESJ Leasehold, LLC. The restaurant was operated by ESJ Operations, LLC with Liquid acting as the manager.

## **VERIFICATION PAGE**

JOIA BEACH LLC D/B/A
JOIA BEACH RESTAURANT &
BEACH CLUB

By: _____
Print Name: ____Mio Danilovic____
Its: _____Manager_____

STATE OF FLORIDA        )
                        ) ss.
COUNTY OF  Miami-Dade   )

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this __3__ day of __January__, 20__22__, by _____ __Mo Danilm__ as __Manger__, on behalf of **JOIA BEACH LLC D/B/A JOIA BEACH RESTAURANT & BEACH CLUB**, a __Florida__ limited liability company, who is personally known to me or who has produced _____ (type of identification) as identification.

My commission expires:

_____
NOTARY PUBLIC, State of Florida
Print Name: _____

[Notary Seal]

JAMES GASSENHEIMER
Notary Public - State of Florida
Commission # HH 155335
My Comm. Expires Aug 21, 2025
Bonded through National Notary Assn.

11060687-1