# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ENABLE CREATIVE LLC d/b/a WE FLY AERIAL MEDIA | Case No. 1:21-cv-22733 |
| Plaintiff, | |
| v. | |
| JOIA BEACH LLC; LIQUID HOSPITALITY LLC; JUNGLE ISLAND RESORT, LLC; ESJ ASSET MANAGEMENT, LLC; ESJ CAPITAL PARTNERS, LLC; ESJ JI LEASEHOLD, LLC; and ESJ JI OPERATIONS, LLC, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

Plaintiff Enable Creative LLC d/b/a We Fly Aerial Media ("Plaintiff"), by its undersigned attorneys, hereby files this Notice of Settlement as to all Defendants, as Plaintiff and Defendants have reached an agreement to settle the entirety of this Action.

Dated: March 1, 2022
New York, New York

KUSHNIRSKY GERBER PLLC

Andrew Gerber
andrew@kgfirm.com
27 Union Square West, Suite 301
New York, NY 10003
(212) 882-1320

*Attorneys for Plaintiff*