UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-CV-22733-COOKE/DAMIAN

ENABLE CREATIVE, LLC d/b/a WE FLY
AERIAL MEDIA,

Plaintiff,

vs.

JOIA BEACH LLC D/B/A JOIA
BEACH RESTAURANT & BEACH CLUB
And LIQUID HOSPITALITY LLC,

Defendant.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE UPON NOTICE OF SETTLEMENT

**THIS MATTER** is before the Court on the Parties' Joint Notice of Settlement (ECF No. 33). In this Notice, the Parties informed the Court that they have settled this matter. As a consequence, this matter will be administratively closed pending the Parties filing a stipulation of final dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or moving for dismissal pursuant to Rule 41(a)(2). A stipulation of final dismissal or a motion for dismissal must be filed within 30 days of this Order. In the event a stipulation of final dismissal is filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Parties want the Court to retain jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation upon this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). The Clerk of Courts is directed to **ADMINISTRATIVELY CLOSE** this case. All pending motions are **DENIED as moot**.

**DONE and ORDERED** in Chambers at Miami, Florida, this 31st day of March 2022.

_____
MARCIA G. COOKE
United States District Judge

**Copies furnished to:**
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*